

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Angela Carter v. Tarantino Properties, Inc.

Appellate case number:    01-17-00843-CV

Trial court case number:  2015-57423

Trial court:                      215th District Court of Harris County

The clerk's record contains two orders granting summary judgment on appellant's claims against appellee, Tarantino Properties, Inc. Neither order adjudicates the appellant's claim against the other defendant, Houston Housing Authority.

On May 7, 2018, the court issued an order advising appellant that no appealable final judgment was apparent from the record. Appellant responded by filing a motion which suggested that a final judgment is reflected on the trial court docket sheet.

The docket sheet in the clerk's record identifies two orders granting summary judgment as interlocutory orders. The docket sheet also identifies a severance order signed on July 31, 2017 and a final judgment signed on August 18, 2017.

We direct the trial court to prepare and file a supplemental clerk's record **within 15 days of the date of this order**, containing the severance order signed on July 31, 2017, and the final judgment signed on August 18, 2017.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually    ☐ Acting for the Court


Date:  May 22, 2018